IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS REAL,

    Plaintiff,                    No. CIV S-11-1821 GGH P

    vs.

JALAL SOLTANIAN-ZADEH, et al.,

    Defendants.               ORDER

_____/

        Plaintiff is a prisoner who is proceeding pro se and in forma pauperis. Plaintiff seeks relief pursuant to 42 U.S.C. § 1983.

        On January 17, 2012, the court ordered the United States Marshal to serve the complaint on defendants. Process directed to defendants Galloway and Heffner was returned unserved because these defendants are insufficiently or inaccurately identified.[1] Plaintiff must provide additional information to serve these defendants. Plaintiff shall promptly seek such information through discovery, the California Public Records Act, Calif. Gov't. Code § 6250, et

---

[1] With respect to defendant M. Galloway, it is stated "'We do not have an employee with the first initial M. and last name of Galloway'" and as to defendant L. Heffner, the following is stated: "'We do not have an employee with the first initial L. and last name of Heffner.'" Docket # 22. As to defendant Galloway, there is also a notation that "per CDCR locator-none listed.'" Id.

1 seq., or other means available to plaintiff. If access to the required information is denied or
2 unreasonably delayed, plaintiff may seek judicial intervention.
3        Accordingly, IT IS HEREBY ORDERED that:
4        1. The Clerk of the Court is directed to send to plaintiff two USM-285 forms,
5 along with an instruction sheet and a copy of the complaint filed October 14, 2011;
6        2. Within sixty days from the date of this order, plaintiff shall complete and
7 submit the attached Notice of Submission of Documents to the court, with the following
8 documents:
9        a. One completed USM-285 form for each defendant;
10        b. Three copies of the endorsed complaint filed October 14, 2011; and
11        c. One completed summons form (if not previously provided)
12 or show good cause why he cannot provide such information.
13 DATED: February 6, 2012

       /s/ Gregory G. Hollows
       UNITED STATES MAGISTRATE JUDGE

GGH:009/mp
real1821.8e

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DOUGLAS REAL,

    Plaintiff,                       No. CIV S-11-1821 GGH P

    vs.

JALAL SOLTANIAN-ZADEH, et al.,          <u>NOTICE OF SUBMISSION</u>

    Defendants.                  <u>OF DOCUMENTS</u>

_____/

        Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

        _____      completed summons form

          2        completed USM-285 forms

          3        copies of the October 14, 2011 Amended Complaint

DATED:

                                                             Plaintiff