IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DOUGLAS REAL,**<br><br>              Plaintiff,<br><br>        v.<br><br>**JALAL SOLTANIAN-ZEDEH, et al.,**<br><br>              Defendants. | Case No. 2:11-cv-1821-LKK-AC<br><br>[~~PROPOSED~~] **ORDER GRANTING DEFENDANTS' REQUEST TO CONDUCT PLAINTIFF'S DEPOSITION VIA VIDEO CONFERENCE** |

Defendants' request to conduct Plaintiff Douglas Real's (D-16502) deposition via videoconference is granted. Nothing in this Order shall be interpreted as requiring the institution in which Plaintiff is housed to obtain videoconferencing equipment if it is not already available.

Dated: June 24, 2013                                         *Allison Claire*
                                                                                  UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:11-cv-1821-LKK-AC)